IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAVERNE WILLIS                                                                                     PLAINTIFF

vs.                                   Civil No. 1:08-cv-01069

MICHAEL J. ASTRUE                                                                             DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 28th day of September 2009, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE